COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| JUAN HEREDIA AND | | No. 08-15-00327-CV |
| FLOR FLORES, | § | |
| | | Appeal from |
| Appellants, | § | |
| | | 327th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| MICHAEL ZIMPRICH, | § | |
| | | (TC # 2011-344) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2018.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J., dissenting